# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## AT KNOXVILLE

| | | |
|---|---|---|
| **JOHN MCGLONE,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 3:11-cv-405** |
| | ) | **(Phillips)** |
| **JIMMY G. CHEEK, in his official capacity** | ) | |
| **as Chancellor of the University of Tennessee** | ) | |
| **at Knoxville, et al.,** | ) | |
| **Defendants.** | ) | |

## FINAL JUDGMENT ORDER

This matter is before the Court on Plaintiff John McGlone's Motion for a Preliminary Injunction [Doc. 7] and Defendants' Motion to Dismiss [Doc. 18]. For the reasons set forth in the accompanying Memorandum and Order, the Court finds that UT's campus access and sponsorship policies are fully consistent with the Constitution and the case law interpreting it. Accordingly, Plaintiff's Motion for a Preliminary Injunction [Doc. 7] is **DENIED**, Defendants' Motion to Dismiss [Doc. 18] is **GRANTED**, and this case is **DISMISSED**.

**IT IS SO ORDERED**.

ENTER:

ENTERED AS A JUDGMENT
s/ *Debra C. Poplin*
CLERK OF COURT

_____s/ Thomas W. Phillips_____
United States District Judge