UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| JOHN MCGLONE, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | No. 3:11-cv-405 |
| ) | (Phillips) |
| JIMMY G. CHEEK, in his official capacity ) | |
| as Chancellor of the University of Tennessee ) | |
| at Knoxville, et al., ) | |
|     Defendants. ) | |

## FINAL JUDGMENT ORDER

This matter is before the Court on Plaintiff John McGlone's Motion for a Preliminary Injunction [Doc. 7] and Defendants' Motion to Dismiss [Doc. 18]. For the reasons set forth in the accompanying Memorandum and Order, the Court finds that UT's campus access and sponsorship policies are fully consistent with the Constitution and the case law interpreting it. Accordingly, Plaintiff's Motion for a Preliminary Injunction [Doc. 7] is **DENIED**, Defendants' Motion to Dismiss [Doc. 18] is **GRANTED**, and this case is **DISMISSED**.

**IT IS SO ORDERED**.

                                                         **ENTER:**

ENTERED AS A JUDGMENT                     s/ Thomas W. Phillips
   s/ *Debra C. Poplin*                     United States District Judge
  CLERK OF COURT